

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-24-00172-CR

___

ASHTON WAYNE SIMMONS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

___

On Appeal from the 47th District Court
Randall County, Texas
Trial Court No. 32962A, Honorable Dee Johnson, Presiding

___

June 5, 2024

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Ashton Wayne Simmons, appeals his conviction for burglary of a habitation[1] and sentence to thirty years of confinement. Pending before this Court is Appellant's motion to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and his attorney. As no decision of the Court has been delivered, the motion is granted and the appeal is

___

[1] *See* TEX. PENAL CODE ANN. § 30.02(C).

dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.